IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAISA MORALES o/b/o N.C.G., <br> Plaintiff, <br> <br> v. <br> <br> ANDREW M. SAUL,[1] <br> Acting Commissioner of Social Security, <br> Defendant. | CIVIL ACTION <br> <br> NO. 18-2006 |

FILED
AUG 13 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 13th day of August, 2019, upon independent review of the brief in support of review filed by Plaintiff, Defendant's response thereto, and Plaintiff's reply (Doc. Nos. 13, 14 & 16), and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to Plaintiff is **AFFIRMED** and Plaintiff's Request for Review is **DENIED**; and

3. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Robert F. Kelly_
ROBERT F. KELLY, J.

---

[1] Andrew M. Saul became Commissioner of Social Security on June 4, 2019 and is therefore substituted for Nancy A. Berryhill as Defendant in this suit. *See* Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 205(g) (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").